NANCY M. GREEN *v.* RUSSELL M. GREEN
(5022)

BORDEN, SPALLONE and DALY, Js.
Argued June 12—decision released June 19, 1987

*Donald R. Beebe,* for the appellant (defendant).

*Lloyd L. Langhammer,* with whom, on the brief, was *Jeffrey W. Hill,* for the appellee (plaintiff).

PER CURIAM. There is no error.